**COMMONWEALTH of Kentucky, DEPARTMENT OF HIGHWAYS, Appellant,**

v.

**Dorothy KNIGHT et al., Appellees.**

Court of Appeals of Kentucky.

March 12, 1965.

John B. Breckinridge, Atty Gen., William A. Lamkin, Jr., Asst. Atty. Gen., Reed D. Anderson, Atty., Madisonville, Harold K. Huddleston, Elizabethtown, for appellant.

Paul M. Lewis, Hatcher & Lewis, Elizabethtown, for appellees.

PALMORE, Judge.

The highway department appeals from a $5,000 condemnation award to the appellee Dorothy Knight for about 10 acres taken from the back of her 47-acre farm in Larue County.

The case came to the Larue Circuit Court on the landowner's appeal from a county court judgment in the amount of $2,260. Hence the amount in controversy here is $2,740, and the department's appeal as a matter of right is technically proper. However, we note that none of its witnesses estimated the owner's loss at less than $2,600, which means that the amount *actually* in controversy here is $2,400 at most. If the appeal were before us on a motion under KRS 21.080 we would overrule it. As it is, we have reviewed the record and find no error.

Judgment affirmed.